**EXHIBIT A**

**DEFENDANT UBER TECHNOLOGIES, INC.'S**
**INDEX OF MATTERS BEING FILED**

| **Exhibit** | **Description** | **Date** |
|---|---|---|
| A-1 | State Court Docket Listing | |
| A-2 | Plaintiff's Original Petition | 01.20.26 |
| A-3 | Plaintiff's Request for Process on Uber Technologies, Inc. | 01.20.26 |
| A-4 | Citation to Uber Technologies, Inc. | 01.23.26 |
| A-5 | Defendant Uber Technologies, Inc.'s Original Answer to Plaintiff's Original Petition | 02.25.26 |